CA 5-52T

Kareem Matthews
Reg. No. 05129-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

2-8-05

Clecks Office
203 Federal Courthouse
One Exchange Terrace
Providence, RI 02903

Dear Clerk:

I would like to inform you that enclosed to the 2255 motion that I have sent to the Honorable Chief Jugde Ernest C. Torres is also a copy to the United States District Attorney.

Sincerely yours,

K. Matthews

Kareem Matthews

2