**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

KAREEM MATTHEWS
Petitioner

Vs. CASE NO.: CR-02-026-ECT
CV-05-52-ECT

UNITED STATES OF AMERICA
Respondent
______________________________/

**DECLARATION OF KAREEM MATTHEWS THE PETITIONER IN THIS HABEAS CORPUS PROCEEDING**

---

**COMES NOW,** the Petitioner, Kareem Matthews, and acting in a Pro-se status, files this Declaration in support of his Post conviction motion, pursuant to 28 U.S.C. § 2255. He states the following in support.

On March 28th, 2003, I was before the Honorable Court for sentencing. at such hearing I was instructed by the Honorable Court to discuss any appealable issues I might have with my then Attorney, Mr. James Ruggiero. See Transcripts of Sentencing Hearing on page 15-16.

After being instructed by the Honorable Court, and after sentencing, I had a discussion with my Attorney about appealing my sentence. At which time, I was instructed by my Attorney to wait until he researched the matter, and make a determination as to whether or not to file an appeal.

4

From that date up until my correspondence with the Honorable Court, my Attorney never informed me as to whether or not an appeal will be filed. I wanted to appeal my sentence, as this Honorable Court will take notice, I want to be credit for the time I spent in State custody on my federal sentence. The Honorable Court denied my request, however, the matter should have been appeal, as well as other matters in my sentencing.

At the time of my sentencing there are matters I was unaware of, because I wasn't that knowledgeable in law, however, I never understood why I was being sentence on facts that I never admitted to. As this Honorable Court would take notice, in my general correspondence to the Honorable Court, I have an issue that should have been challenged during my sentencing. My Attorney should have filed an appeal, as I had instructed him of my wishes to do so. At this point in time I do not know what my Attorney would recall took place, however, I believe that he will acknowledge that we did discuss the matter of an appeal as this Honorable Court had instructed me to do so.

## CONCLUSION

**WHEREFORE,** I hope and pray that this Declaration would assist this Honorable Court in determining whether to grant me any Post Conviction Relief.

I, Kareem Matthews, declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, pursuant to 28 U.S.C. § 1746.

Respectfully submitted

Kareem Matthews

## CERTIFICATE OF SERVICE

I, **HEREBY,** certify that a true and correct copy of the foregoing was mailed to Mary E. Rogers, Assistant United States Attorney, 203 Federal Courthouse, 1 Exchange Terrace, Providence, RI 02903, by paid First Class United States Postage Stamp, on this 23 day of February, 2005.

Respectfully submitted

Kareem Matthews

Kareem Matthews, Pro-se
Reg. #05129-070
F.C.I. Otisville
P.O. Box 1000
Otisville
New York 10963