UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KAREEM MATTHEWS,

    Petitioner,

v.                                                   C.A. No. 05-52T

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL FOR INDIGENT PETITIONER

Petitioner Kareem Matthews' ("Matthews") Motion for Appointment of Counsel for Indigent Petitioner is denied. The issues Matthews raises are not so complex or difficult that appointment of counsel is required. However, if an evidentiary hearing is required to resolve factual issues bearing on the claim that counsel failed to timely file a notice of appeal, counsel will be appointed to represent Matthews at that hearing.

IT IS SO ORDERED,

*Ernest C. Torres*

Ernest C. Torres, Chief Judge
Date: August 16, 2005