**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KAREEM MATTHEWS,
PETITIONER,

v. C.A. No. 05-52T

UNITED STATES OF AMERICA,
RESPONDENT.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to the May 27th, 2008 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Kareem Matthews's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED and DISMISSED.

Enter:

/s/Ryan Jackson

Deputy Clerk

Dated: May 27th, 2008